■ MICHAEL KROO JEWELERS, INC., Also Known as MICHAEL KROO, Doing Business as MARESA JEWELERS, Appellant, v LOUIS KOCH, INC., Respondent, et al., Defendants. [652 NYS2d 961] —Order, Supreme Court, New York County (Stephen Crane, J.), entered on or about October 17, 1995, unanimously affirmed for the reasons stated by Crane, J., with costs and disburse-

ments. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ.